# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 5:21-mj-1035-PRL

CONNIE MEGGS

AUSA: William Hamilton
Def Atty: Christine Bird (FPD)

| JUDGE | Philip R. Lammens | DATE AND TIME | February 17, 2021 4:45 pm – 5:16 pm 31 minutes |
|---|---|---|---|
| DEPUTY CLERK | Holly Iovino | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not required | PRETRIAL: | Megan Martin |

## CLERK'S MINUTES – INITIAL APPEARANCE (Rule 5c)

Case called, appearances made, procedural settings by the Court. All parties and counsel are appearing via video pursuant to the authority granted by the Court pursuant to the Administrative Orders entered in 8:20-mc-25 regarding the CARES Act. Court confirms with both the defendant and defense counsel consent to appear via video for this hearing.

Defendant arrested on an Arrest Warrant from the District of Columbia, their case number: 21-mj-225.

Defendant advised of rights, charges, penalties, etc.

Defendant requests court-appointed counsel. Based on a financial inquiry, the Court appoints Asst. Federal Public Defender Christine Bird with reimbursement upon filing by U.S. Attorney. **ORDER TO ENTER**.

Court advises defendant of Rule 20 rights.

Government is seeking detention.

Defendant waives her right to an identity hearing and production of the warrant but requests to have both her Preliminary and Detention Hearings in the Ocala Division.

Discussion with the parties regarding setting the hearings.

The hearings will be scheduled by separate notice.