UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NOS. 5:21-mj-1035-PRL
     5:21-mj-1036-PRL

CONNIE MEGGS
KELLY MEGGS

## MOTION TO CONTINUE PRELIMINARY AND DETENTION HEARINGS

1. Defendants Kelly Meggs and Connie Meggs are charged by federal criminal complaint with three felony offenses and one misdemeanor offense. They are currently scheduled for a preliminary hearing and detention hearing related to these allegations on February 18, 2021, although the specific time of the hearings has not yet been set.

2. The offenses that the defendants are charged with, as well as the facts underlying these offenses, are extremely serious. The defendants face up to 36 years in federal prison if convicted as charged in the complaint. One of the counts, 18 U.S.C. § 1361 (Destruction of Government Property) meets the criteria for a federal crime of terrorism under 18 U.S.C. § 2332b(g)(5). Accordingly, a presumption of detention applies under 18 U.S.C. § 3142(e)(3)(C).

3. These offenses are part of a national effort to charge and

apprehend individuals charged with committing crimes in connection to the events in Washington, D.C. of January 6, 2021. Because of the nationwide scope of this ongoing effort, the availability of agents with sufficient firsthand knowledge to provide live testimony as required for a preliminary hearing is limited at short notice. Furthermore, due to the extent and nature of the evidence (including phone records, electronic communications, geolocation data, financial records, and co-conspirator statements) likely to be highly relevant to the issue of pretrial detention, the undersigned requests a brief continuance to confer further with colleagues and investigators in the originating district.

4. On the above bases, the United States requests a brief continuance of the hearing for two business days, until Monday, February 22, 2021. The United States requests this continuance not for dilatory purposes, but because the undersigned believes in good faith that this is the shortest period of delay that will ensure that the United States will be able to make the most full and complete presentation possible on the issues of detention and probable cause, maximizing the accurate information available to the Court in rendering this decision.

5. The undersigned has conferred with David Wilson, Esquire, attorney for Kelly Meggs, who has indicated that he opposes the requested

continuance. The undersigned has also attempted to contact Christine Bird, attorney for Connie Meggs, but has been unable to make contact with her to convey her position to the Court.[1]

6. Federal Rule of Criminal Procedure 5.1(c) requires only that the preliminary hearing be conducted within a "reasonable time" but no later than 14 days after the initial appearance of an in-custody defendant, except upon a showing of good cause. 18 U.S.C. § 3142(f)(2) provides for a continuance of a detention hearing for up to three days (not including weekends or holiday) upon request of the United States, or for up to five days upon request of the defendant.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: */s/ William S. Hamilton*
WILLIAM S. HAMILTON
Assistant United States Attorney
Florida Bar No. 95045
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone: (352) 547-3600
Facsimile: (352) 547-3623
E-mail:william.s.hamilton@usdoj.gov

---

[1] The undersigned does not imply in any way that Ms. Bird has been anything other than diligent and swift in her communications with the United States. Unfortunately, she is in hearings for most of the day and is unable to communicate with the undersigned on this issue due to those obligations.

U.S. v. Connie Meggs, Kelly Meggs     Case Nos. 5:21-mj-1035-PRL
                                                                         5:21-mj-1036-PRL

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Christine Bird, Esquire
    David Wilson, Esquire

                            By:    */s/ William S. Hamilton*
                                    WILLIAM S. HAMILTON
                                    Assistant United States Attorney
                                    Florida Bar No. 95045
                                    35 SE 1st Avenue, Suite 300
                                    Ocala, Florida 34471
                                    Telephone: (352) 547-3600
                                    Facsimile: (352) 547-3623
                                    E-mail:william.s.hamilton@usdoj.gov