IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                                5:21-mj-1035/1036-PRL

CONNIE MEGGS
KELLY MEGGS
    Defendant.
_____/

## ORDER

Mr. and Mrs. Meggs had their initial appearances yesterday. Counsel were afforded almost an hour to confer with them before the hearing began. Both requested court-appointed attorneys, and those appointments were made. Both defendants requested a bond hearing. Mr. Meggs requested, through counsel, that it be conducted in person. They also both requested a preliminary examination. While no discussion was had about the scheduling of the preliminary examination, the United States now asks the Court for a three day continuance of the bond hearing, pursuant to 18 U.S.C. § 3142, and notes as well that one of the counts as to each defendant carries a presumption of detention ("18 U.S.C. § 1361 (Destruction of Government Property) meets the criteria for a federal crime of terrorism under 18 U.S.C. § 2332b(g)(5). Accordingly, a presumption of detention applies under 18 U.S.C. § 3142(e)(3)(C).").

Despite opposition to the requested continuance, it is due to be granted. The bond hearing will be scheduled for Monday, February 22, 2021, at 10:00 a.m., in person. The Clerk will coordinate with the parties about scheduling a preliminary examination by separate notice, if necessary.

**IT IS SO ORDERED** in Ocala, Florida, on February 18, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties