AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) |
| CONNIE MEGGS | ) Case No. 5:21 mj-1035-PRL |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **CONNIE MEGGS**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2 - Aiding and Abetting
18 U.S.C. § 371 - Conspiracy
18 U.S.C. § 1361 - Destruction of Government Property
18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. §§ 1752(a)(1) and (2) - Restricted Building or Grounds Access

Date:   02/11/2021

Robin M. Meriweather
2021.02.11 23:55:28 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2-18-21, and the person was arrested on *(date)* 2-17-21 at *(city and state)* Dunnellon, FL |
| Date: 2/18/21          FBI |
| *Arresting officer's signature* |
| FBI |
| *Printed name and title* |